1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    DAVID WAYNE WILSON,                    No. CIV S-07-1000-LKK-CMK-P

12              Plaintiff,

13        vs.                                FINDINGS AND RECOMMENDATIONS

14    ARNOLD SCHWARZENEGGER,

15              Defendant.

16    _____/

17            Plaintiff is a state prisoner proceeding pro se.  This matter was transferred to this

18    court from the United States District Court for the Northern District of California, where

19    plaintiff's initial pleading was filed.  A review of that pleading reveals that it bears the caption

20    for this court and case number CIV-S-90-0520-LKK-JFM.  Thus, this document appears to have

21    been misfiled.  In any event, a new action should not have been opened.  Therefore, the court

22    will recommend that this action be closed.

23            Based on the foregoing, the undersigned recommends that the Clerk of the Court

24    be directed to close this action.

25    / / /

26    / / /

1

Dockets.Justia.com

1          These findings and recommendations are submitted to the United States District

2   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 20 days

3   after being served with these findings and recommendations, any party may file written

4   objections with the court.  The document should be captioned "Objections to Magistrate Judge's

5   Findings and Recommendations."  Failure to file objections within the specified time may waive

6   the right to appeal.  See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

7

8   DATED:   June 5, 2007.

9

10                                                     _____
                                                       **CRAIG M. KELLISON**
11                                                     UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26